IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  1:11cr16-SPM/GRJ

ALEXANDER BENJAMIN RODRIGUEZ,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

This cause comes before the Court on Defendant Alexander Benjamin Rodriguez's Motion to Extend Time (doc 144). The Defendant's sentencing is currently scheduled on October 17, 2011. However, Defendant requests a continuance for 90 days.

It is hereby **ORDERED AND ADJUDGED**:

1. The Motion to Extend Time (doc. 144) is **granted**.

2. The sentencing of Alexander Benjamin Rodriguez is rescheduled for **Tuesday, January 3, 2012, at 1:30 p.m.** in Gainesville, Florida.

DONE AND ORDERED this 12th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge